UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL D. MITCHELL,<br><br>          Petitioner,<br><br>     v.<br><br>RON DAVIS,<br><br>          Respondent. | No.  2:16-cv-2379 CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

1

      2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: October 20, 2016

                                                    /s/ Carolyn K. Delaney  
                                                    CAROLYN K. DELANEY  
                                                    UNITED STATES MAGISTRATE JUDGE

2/kly  
mitc2379.101a