UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL D. MITCHELL, | No. 2:16-cv-2379 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| RON DAVIS, | |
| Respondents. | |

Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request is granted.

Dated: June 21, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mitc2379.101b

1